| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC**<br>Abbas Kazerounian, Esq. (249203)<br>ak@kazlg.com<br>Matthew M. Loker, Esq. (279939)<br>ml@kazlg.com<br>245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626<br>Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523 | **LAW OFFICE OF DANIEL G. SHAY**<br>Daniel G. Shay, Esq. (SBN: 250548)<br>danielshay@tcpafdcpa.com<br>409 Camino Del Rio South, Ste 101B<br>San Diego, CA 92108<br>Telephone: (619) 222-7429<br>Facsimile: (866) 431-3292 |

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
James Morgan

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MORGAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE CREDIT SERVICES, LLC,<br><br>Defendant. | **Case No.:** 16-cv-1363 JAH (BLM)<br><br>**PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41 (A)**<br><br>**HON. JOHN A. HOUSTON** |

///

///

**PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)**

1  Plaintiff JAMES MORGAN ("Plaintiff") hereby moves to dismiss this Action without prejudice.

2  Plaintiff respectfully requests the Action be dismissed WITHOUT PREJUDICE. Each Party to bear its own attorneys' fees and costs.

Date: August 26, 2016                         **KAZEROUNI LAW GROUP, APC**

                                              By:   ___/s/ Matthew M. Loker___
                                                    MATTHEW M. LOKER, ESQ.
                                                    ATTORNEY FOR PLAINTIFF

**KAZEROUNI LAW GROUP, APC**
**245 FISCHER AVENUE, UNIT D1**
**COSTA MESA, CA 92626**

---

**PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)**                                            PAGE 1 OF 1